■ In the Matter of JAYDING S. and Another, Infants. VANESSA S., Appellants; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [32 NYS3d 498]—

Appeal from order, Family Court, Bronx County (Carol R. Sherman, J.), entered on or about October 8, 2015, which granted petitioner agency's petition seeking a modification of an order of disposition, to the extent of directing that an expedited hearing be held to determine whether good cause exists for modification under Family Court Act § 1061, unanimously dismissed, without costs.

The appeal is moot, because the modification petition was dismissed in April 2016 due to the agency's withdrawal of the petition. The issues respondent mother seeks to raise concerning Family Court's jurisdiction are not substantial and novel questions that should be addressed by this Court, and are unlikely to recur in light of the recent amendments to Family Court Act § 1055-b (*see Duane Reade Inc. v Local 338, Retail, Wholesale, Dept. Store Union, UFCW, AFL-CIO*, 11 AD3d 406 [1st Dept 2004]). Nor has the mother shown that she will suf-

fer ascertainable and legally significant consequences if the order appealed from is not vacated (*see e.g. Matter of Javier R. [Robert R.]*, 43 AD3d 1, 3-5 [1st Dept 2007], *appeal dismissed* 10 NY3d 754 [2008]). Concur—Mazzarelli, J.P., Andrias, Saxe, Gische and Kahn, JJ.

---

Motion to dismiss the appeal as moot denied as academic.